John F. English, etc., and George Marcie, etc., Plaintiffs-Appellants, v. Dominic Abata, et al., Defendants-Appellees.

Gen. No. 48,074.

First District, First Division.

July 25, 1960.

Rehearing denied August 22, 1960.

Sherwin
and Sherwin, of Chicago (Theodore R. Sherwin and Sheldon M.

428

Charone, of counsel) for appellants; Katz and Friedman (Harold A. Katz, Irving M. Friedman, Jerome Schur, and Arthur Brody, of counsel) for appellees. Opinion by JUSTICE MURPHY. **Not to be published in full.**